892

No. 77–6540.   RAMSEY v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–17.   UNITED GAS PIPE LINE CO. v. MCCOMBS ET AL.; and

No. 78–249.   FEDERAL ENERGY REGULATORY COMMISSION v. MCCOMBS ET AL.   C. A. 10th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   MR. JUSTICE STEWART took no part in the consideration or decision of these petitions.   Reported below: 570 F. 2d 1376.

No. 78–38.   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL. v. FOUST.   C. A. 10th Cir.   Certiorari granted limited to Question 3 presented by the petition.

No. 77–1613.   EASTERN CENTRAL MOTOR CARRIERS ASSN., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.; and

No. 77–1727.   SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 4th Cir.   Certiorari denied.   Reported below: 571 F. 2d 784.

No. 77–1824.   HORNE ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 77–5343.   BARCLAY ET AL. v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.

No. 77–6543.   JONES v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.